**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 73 MAL 2023

         Respondent                :

                                     :    Petition for Allowance of Appeal

                                       :    from the Order of the Superior Court

         v.                              :

                                       :

JUAN JR. CRISTO-MUNOZ,             :

                                       :

         Petitioner                  :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.